DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROD VELEZ,**
Appellant,

v.

**RON DESANTIS,** in his official capacity as Governor of the State of
Florida; and **DANIEL P. FOGANHOLI,** in his official capacity as Member
of the Broward County School Board for District 1,
Appellees.

No. 4D2023-1372

[December 14, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No.
CACE23-000253.

Marc A. Burton and Richard J. Burton of The Burton Firm, P.A.,
Aventura, and Adam A. Schwartzbaum of Adam A. Schwartzbaum, P.A.,
Miami, for appellant.

Ryan D. Newman, General Counsel, Nicholas J.P. Meros, Deputy
General Counsel, and Sam F. Elliott, Assistant General Counsel of
Executive Office of the Governor, Tallahassee, for appellee Ron Desantis,
and Kimberly Kanoff Berman, Jonathan Kanov and Alan C. Nash of
Marshall Dennehey, Fort Lauderdale, for appellee Daniel P. Foganholi.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***